IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURIE GRANT o/b/o L.L.G., : | | CIVIL ACTION |
| Plaintiff, : | | |
| v. : | | |
| : | | |
| KILOLO KIJAKAZI, : | | |
| Acting Commissioner of Social Security, : | | NO. 20-0345 |
| Defendant. : | | |

### O R D E R

**AND NOW**, this 2nd day of December, 2021, upon careful and independent consideration, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. Judgment is entered **AFFIRMING** the decision of the Commissioner and Claimant's Request for Review is **DISMISSED**;

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.